## Degillio, Appellant, *v.* Degillio, Appellant.

Argued November 29, 1961. Before BELL, C. J., JONES, COHEN, EAGEN and ALPERN, JJ.

*Nicholas Degillio,* defendant, in propria persona.

No argument was made nor brief submitted for plaintiff.

OPINION PER CURIAM, January 3, 1962:

Order affirmed.